**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| RICHARD REDDEN and GRACIELA | ) Case No. 04-12335(PJW) |
| REDDEN, | ) |
| Debtors. | ) |
| _____ | ) |
| | ) |
| JOSEPH E. ECKBOLD, JR. and | ) |
| JACLYN M. D'ELIA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Adv. Proc. No. 12-51012(PJW) |
| | ) |
| SUSAN MILLER, PERSONAL | ) |
| REPRESENTATIVE OF THE ESTATE | ) |
| OF RONALD A. MILLER, SUPER | ) |
| LAWNS, INC.; and SUPER LAWNS | ) |
| OF FAIRFAX, INC., | ) |
| | ) |
| Defendants. | ) |

**AMENDED ORDER**

For the reasons set forth in the Court's **amended** memorandum opinion of this date, the motion (Doc. # 18) of Defendants Susan Miller (as personal representative the estate of Ronald A. Miller), Super Lawns, Inc., and Super Lawns of Fairfax, Inc. to dismiss for failure to state a claim is **granted** and the Complaint is dismissed.

Peter J. Walsh
United States Bankruptcy Judge

Dated: **September 30, 2013**